FILED - GR
January 13, 2009 1:26 PM
RONALD C. WESTON, SR., CLERK
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: __gf__ /_____

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

FRANK L. HOWARD,

    Plaintiff,

v

BADAWI ABDELLATIF, M.D. and
CORRECTIONAL MEDICAL
SERVICES,

    Defendants.

Case No. 2:05-cv-81

HON. JANET T. NEFF

## **VERDICT FORM**

1. As to Defendant **Dr. Abdellatif**, do you find from a preponderance of the evidence that the Defendant's conduct was deliberately indifferent to the Plaintiff's serious medical need on September 20, 2002?

   Answer "yes" or "no:" __No__
   [*Note:* If you answer "no," you need not answer the next question.]

2. As to Defendant **Dr. Abdellatif**, do you find from a preponderance of the evidence that the Defendant's deliberate indifference was the proximate cause of damages sustained by the Plaintiff?

   Answer "yes" or "no:" __No__

3. As to Defendant **Correctional Medical Services**, do you find from a preponderance of the evidence that a policy, custom, or practice (or lack thereof) of the Defendant was deliberately indifferent to the Plaintiff's serious medical need?

   Answer "yes" or "no:" __No__
   [*Note:* If you answer "no," you need not answer the next question.]

4. As to Defendant **Correctional Medical Services**, do you find from a preponderance of the evidence that the Defendant's deliberate indifference was the proximate cause of damages sustained by the Plaintiff?

   Answer "yes" or "no:" __No__

5. If you have answered "yes" to either question number 2 or question number 4, do you find that the Plaintiff should be awarded damages to compensate for physical as well as emotional pain and suffering?

   Answer "yes" or "no:" _____
   If you answered "yes," in what amount?  $ _____

6. If you answered "yes" to question number 2, do you find that the Defendant **Dr. Abdellatif** acted with reckless and callous indifference to the Plaintiff's serious medical need and that punitive damages should be assessed against the Defendant?

   Answer "yes" or "no:" _____
   If you answered "yes," in what amount?  $ _____

7. If you answered "yes" to question number 4, do you find that the Defendant **Correctional Medical Services** acted with reckless and callous indifference to the Plaintiff's serious medical need and that punitive damages should be assessed against the Defendant?

   Answer "yes" or "no:" _____
   If you answered "yes," in what amount?  $ _____

SO SAY WE ALL.

_____          1/13/2009
Foreperson's Signature                            Date